UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANNESSA LUU, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No.: C-11-02133 PSG <br><br> **ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated:   May 2, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge