MICHAEL T. WELCH (#122630)
LAW OFFICE OF MICHAEL T. WELCH
4 Embarcadero Center, 19th Floor
San Francisco, CA 94111
Telephone: (415) 399-1500
Fax: (415) 399-0445
mwelchlaw@aol.com

WILLIAM H. THOMAS (ISB #3154, WSBA #7272)
*(Appearance Pro Hac Vice)*
THOMAS, WILLIAMS & PARK, LLP
121 N. 9th St., Ste. 300
P.O. Box 1776
Boise, ID 83701-1776
Telephone: (208) 345-7800
Fax: (208) 345-7894
wmthomas@thomaswilliamslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANNESSA LUU,<br><br>           Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>           Defendant. | Case No. CV 11-02133 EJD (HRL)<br><br>**ORDER GRANTING MOTION FOR PLAINTIFF'S COUNSEL TO PARTICIPATE IN THE 9/23/11 MANAGEMENT CONFERENCE BY TELEPHONE** |

The Court, having reviewed Plaintiff's Motion for her Counsel to Participate in the 9/23/11 Management Conference by Telephone, the records and files in this matter, Defendant's counsel having no objection, and good cause appearing;

IT IS HEREBY ORDERED:

That Plaintiff's counsel, William H. Thomas of Thomas, Williams & Park, LLP, be allowed to participate in the Management Conference in this matter scheduled for 9/23/11 by telephone.

DATED this 19th day of September, 2011.

Edward J. Davila
U.S. District Judge

ORDER GRANTING MOTION FOR PLAINTIFF'S COUNSEL TO PARTICIPATE IN THE 9/23/11 MANAGEMENT CONFERENCE BY TELEPHONE, P. 2