1  MICHAEL T. WELCH (#122630)
   LAW OFFICE OF MICHAEL T. WELCH
2  4 Embarcadero Center, 19th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 399-1500
4  Fax:  (415) 399-0445
5  mwelchlaw@aol.com

6  WILLIAM H. THOMAS (ISB #3154, WSBA #7272)
   *(Appearance Pro Hac Vice)*
7  THOMAS, WILLIAMS & PARK, LLP
8  121 N. 9th St., Ste. 300
   P.O. Box 1776
9  Boise, ID  83701-1776
   Telephone:  (208) 345-7800
10 Fax:  (208) 345-7894
11 wmthomas@thomaswilliamslaw.com

12 **Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANNESSA LUU,<br><br>                    Plaintiff,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>                    Defendant. | Case No. CV 11-02133 EJD (HRL)<br><br>ORDER GRANTING MOTION FOR PLAINTIFF'S COUNSEL TO PARTICIPATE IN THE 9/23/11 MANAGEMENT CONFERENCE BY TELEPHONE |

ORDER GRANTING MOTION FOR PLAINTIFF'S COUNSEL TO PARTICIPATE IN THE 9/23/11 MANAGEMENT CONFERENCE BY TELEPHONE, P. 1

1  The Court, having reviewed Plaintiff's Motion for her Counsel to Participate in the
2  9/23/11 Management Conference by Telephone, the records and files in this matter, Defendant's
3  counsel having no objection, and good cause appearing;
4  IT IS HEREBY ORDERED:
5  That Plaintiff's counsel, William H. Thomas of Thomas, Williams & Park, LLP, be
6  allowed to participate in the Management Conference in this matter scheduled for 9/23/11 by
7  telephone.
8  DATED this 19th day of September, 2011.

Edward J. Davila
U.S. District Judge