UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VANNESSA LUU,
            Plaintiff(s),

     v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,
            Defendant(s)./

CASE NO. CV11-02133 EJD

STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS

Counsel have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline   February 1, 2012 (to account for holiday schedules that might adversely impact scheduling in late-2011)

Dated: September 30, 2011

        /s/ William H. Thomas
        Attorney for Plaintiff
        Vannessa Luu

Dated: September 30, 2011

        /s/ Heather M. Sager
        Attorney for Defendant
        Hewlett-Packard Company

SF01/ 786162.1

American LegalNet, Inc.
www.USCourtForms.com

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other February 1, 2012

IT IS SO ORDERED.

Dated: October 6, 2011

_____
U.S. DISTRICT COURT JUDGE