UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANNESSA LUU, | Case No. 5:11-CV-02133 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on February 10, 2012. Based on the parties' Joint Case Management Statement (see Docket Item No. 27), the court finds a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference is VACATED and continued until March 23, 2012. The parties shall file a Joint Case Management Statement no later than March 13, 2012.

All deadlines previously imposed by the Scheduling Order filed September 20, 2011 (see Docket Item No. 21) shall remain as set absent further order of the court based on a stipulation or administrative motion proposing an alternative schedule.

**IT IS SO ORDERED.**

Dated: February 6, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-02133 EJD
CASE MANAGEMENT ORDER