<div style="writing-mode: vertical">**United States District Court** For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANNESSA LUU, | CASE NO. 5:11-cv-02133 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 31), the court has determined that an Interim Case Management Conference is unnecessary at this time. Accordingly, the Interim Case Conference scheduled for March 23, 2012, is VACATED.

The court instead schedules this case for a Preliminary Pretrial Conference on **August 17, 2012, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **August 7, 2012.**

**IT IS SO ORDERED.**

Dated: March 21, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-02133 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE