1   HEATHER M. SAGER (SBN 186566)
    heather.sager@dbr.com
2   AYSE KUZUCUOGLU (SBN 251114)
    ayse.kuzucuoglu@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
5   Facsimile:    (415) 591-7510

6   Attorneys for Defendant
    HEWLETT-PACKARD COMPANY
7
    MICHAEL T. WELCH (SBN 122630)
8   mwelchlaw@aol.com
    LAW OFFICE OF MICHAEL T. WELCH
9   4 Embarcadero Center, 19th Floor
    San Francisco, CA  94111
10  Telephone:    (415) 399-1500
    Facsimile:    (415) 399-0445
11
    Attorney for Plaintiff
12  VANNESSA LUU

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17  VANNESSA LUU,                      Case No. 5:11-CV-02133 EJD

18              Plaintiff,             **STIPULATION & ~~[PROPOSED]~~ ORDER
                                       EXTENDING EXPERT DISCLOSURE
19  v.                                 AND DISCOVERY DEADLINES**

20  HEWLETT-PACKARD COMPANY,

21              Defendant.

22

23

24

25

26

27

28

STIP & PROPOSED ORDER RE: EXPERT
DISCLOSURES
[CASE NO. 5:11-CV-02133 EJD]

1     Plaintiff Vannessa Luu and Defendant Hewlett-Packard Company (collectively referred to

2  as "the Parties") have been unable to complete the Independent Medical Examination of

3  Vannessa Luu due to her unavailability.  Therefore, the Parties hereby stipulate to extend the

4  deadline for disclosing expert witness information by eight weeks.  The new expert disclosure

5  deadline will be January 23, 2013 and expert discovery shall close on March 22, 2013.

6

7     IT IS SO STIPULATED.

8
      Dated: November 20, 2012              DRINKER BIDDLE & REATH LLP
9

10

11                                          By:/s/ Heather M. Sager
                                               Heather M. Sager
12                                             Ayse Kuzucuoglu
                                               Attorneys for Defendant
13                                             HEWLETT-PACKARD COMPANY

      Dated: November 20, 2012              LAW OFFICE OF MICHAEL T. WELCH
14

15

16                                          By:/s/ Michael T. Welch
                                               Michael T. Welch
17                                             Attorney for Plaintiff
                                               Vannessa Luu

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & PROPOSED ORDER RE EXPERT
DISCLOSURES,                        - 2 -
[CASE NO. 5:11-CV-02133 EJD]

1

## ORDER

2      The Court, having considered the request of the Parties, and having found that such

3  stipulation was entered in to in good faith and will not prejudice the Parties or the Court, orders

4  the following:

5      The deadline to exchange expert witness information shall occur on January 23, 2013; and

6  expert discovery shall close on March 22, 2013.

7

8  IT IS SO ORDERED.

9

10 Dated: _____11/21_____ 2012

11

12                          _____
                            The Honorable Edward J. Davila
                            United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & PROPOSED ORDER RE EXPERT
DISCLOSURES,
[CASE NO. 5:11-CV-02133 EJD]

- 3 -