1  HEATHER M. SAGER (SBN 186566)
   heather.sager@dbr.com
2  AYSE KUZUCUOGLU (SBN 251114)
   ayse.kuzucuoglu@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
7
   MICHAEL T. WELCH (SBN 122630)
8  mwelchlaw@aol.com
   LAW OFFICE OF MICHAEL T. WELCH
9  4 Embarcadero Center, 19th Floor
   San Francisco, CA  94111
10 Telephone:    (415) 399-1500
   Facsimile:    (415) 399-0445
11
   Attorney for Plaintiff
12 VANNESSA LUU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VANNESSA LUU, | Case No. 5:11-CV-02133 EJD |
|---|---|
| Plaintiff, | **STIPULATION & ~~PROPOSED~~ ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

STIP & PROPOSED ORDER RE: EXPERT
DISCLOSURES
[CASE NO. 5:11-CV-02133 EJD]

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Plaintiff Vannessa Luu and Defendant Hewlett-Packard Company (collectively referred to
2 as "the Parties") have been unable to complete the Independent Medical Examination of
3 Vannessa Luu due to her unavailability. Therefore, the Parties hereby stipulate to extend the
4 deadline for disclosing expert witness information by eight weeks. The new expert disclosure
5 deadline will be January 23, 2013 and expert discovery shall close on March 22, 2013.

7    IT IS SO STIPULATED.

Dated: November 20, 2012            DRINKER BIDDLE & REATH LLP

By:/s/ Heather M. Sager
    Heather M. Sager
    Ayse Kuzucuoglu
    Attorneys for Defendant
    HEWLETT-PACKARD COMPANY

Dated: November 20, 2012            LAW OFFICE OF MICHAEL T. WELCH

By:/s/ Michael T. Welch
    Michael T. Welch
    Attorney for Plaintiff
    Vannessa Luu

## ORDER

The Court, having considered the request of the Parties, and having found that such stipulation was entered in to in good faith and will not prejudice the Parties or the Court, orders the following:

The deadline to exchange expert witness information shall occur on January 23, 2013; and expert discovery shall close on March 22, 2013.

IT IS SO ORDERED.

Dated: ____11/21____ 2012

_____
The Honorable Edward J. Davila
United States District Court Judge